IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA S. HELM,<br><br>        Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>        Defendant. | **8:21CV367**<br><br>**ORDER** |

This matter is before the Court on the findings and recommendation of the bankruptcy court, Filing No. 37, that this Court withdraw the reference to bankruptcy. The Court shall withdraw the same. The Court likewise notes that the parties have settled this matter.

THEREFORE, IT IS HEREBY ORDERED that:

1. The findings and recommendation, Filing No. 37, is withdrawn.

2. The referral of this case to the Bankruptcy Court for the District of Nebraska is withdrawn.

Dated this 9th day of March, 2022.

BY THE COURT:


BY THE COURT:
s/ Joseph F. Bataillon
Senior United States District Judge