IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA S. HELM,<br><br>          Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>          Defendant. | **8:21CV367**<br><br>**ORDER OF DISMISSAL** |

      This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 40). The Court being advised in the premises finds that such an Order is proper.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs.

      Dated this 30th day of March, 2022.

                                                        BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge